HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WAYNE GLODOWSKI,

    Plaintiff,

v.

SUZIE L. GLODOWSKI and JOHN DOE GLODOWSKI, a marital community; and DISCOVER CARD, a corporation doing business in the State of Washington; and FMA ALLIANCES, a collection agency incorporated in the State of Texas, collecting in the State of Washington,

    Defendants.

Case No. C04-5897 RBL

ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AGAINST SUZIE GLODOWSKI AND JOHN DOE GLODOWSKI AND JUDGMENT

    THIS MATTER came before the Court on defendant Discover Bank's ("Discover"), incorrectly named in the complaint as "Discover Card," motion for an order of default judgment against defendants Suzie Glodowski and John Doe Glodowski (collectively "Glodowskis"). The motion was made on the grounds that the Glodowskis have failed to answer, plead, or otherwise defend against defendant Discover's cross-claims against the Glodowskis. On March 30, 2005, the court entered an order of default against the Glodowskis.

    Upon Discover's motion and supporting declarations, the Court concludes that Discover's claims against the Glodowskis for damages, are for a sum certain; thus, judgment shall be entered for damages.

## JUDGMENT SUMMARY

Judgment Creditor:                Discover Bank

Attorney for Creditor:             Lane Powell PC

Judgment Debtor: Suzie Glodowski and John Doe Glodowski, a marital community

Principal Judgment Amount: $3,292.50

Principal judgment shall bear post-judgment interest at the statutory rate pursuant to 28 U.S.C. § 1961.

Based on the pleadings and evidence presented, the Court finds:

a) Defendant Glodowskis were properly served with Plaintiff's Complaint for Declaratory Relief and Defendant Discover Bank's Answer, Affirmative Defenses, and Counterclaim and Cross-Claims in this action.

b) Defendant Glodowskis have not appeared or answered Discover's Cross-Claims, and have not otherwise defended themselves against such claims.

c) On March 30, 3005, the Court entered an Order finding the Glodowskis in default.

d) According to the evidence provided by Discover, damages against the Glodowskis are for a sum certain, i.e., $3,292.50.

IT IS HEREBY ORDERED that:

i) Discover Card's Motion for Default Judgment is GRANTED.

ii) Suzie Glodowski and her husband, John Doe Glodowski, are liable to Discover Bank in the amount of $3,292.50 for damages, and Discover Bank shall and is hereby awarded a judgment for that amount. Post-judgment interest shall accrue until the Judgment is satisfied in full.

DATED this 27th day of April, 2005.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC


By __/S/ Brett N. Anderson_____
   Claire L. Keeley, WSBA No. 32122
   Brett N. Anderson, WSBA No. 31587
Attorneys for Defendant Discover

ORDER
Page - 2